HENRY W. ROBINS, Respondent, *v.* ERNEST C. BERTRAM, Appellant.

*Robins* v. *Bertram*, 136 App. Div. 900, appeal dismissed.
(Argued March 14, 1910; decided March 22, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 4, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on contract.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous, and that no question of law was presented for review.

*William E. Buckley* for motion.

*A. F. Van Thun, Jr.*, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

_____

ADOLPH BAUMAN, Respondent, *v.* LIPPMAN TANNENBAUM, Appellant.

(Submitted March 14, 1910; decided March 22, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 198 N. Y. 521.)